**STATE of Missouri, Respondent,**

v.

**Guy Milton GERBER, Appellant.**

**No. WD35562.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1984.

---

1. The financial resources of the spouse who is to pay maintenance is one factor, but it is not

George M. Ely, Hamilton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM:

Direct appeal from conviction of assault in the second degree, Section 565.060 RSMo 1978 and armed criminal action, section 571.015 RSMo 1978.

Judgment and conviction affirmed. Rule 30.25(b).